Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Agustin Fernandez, <br><br> Defendant. | CASE NO. 2:12-cv-09752-TJH-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT AGUSTIN FERNANDEZ, INDIVIDUALLY AND D/B/A EL HORNERO RESTAURANT [14-JS6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendant AGUSTIN FERNANDEZ, INDIVIDUALLY AND D/B/A EL HORNERO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against AGUSTIN FERNANDEZ, INDIVIDUALLY AND D/B/A EL HORNERO RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 7, 2015, the dismissal shall be deemed to be **with prejudice**.

///

///

**STIPULATION OF DISMISSAL**
**CASE NO. 2:12-cv-09752-TJH-PLA**
**PAGE 1**

1   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2   referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: August 27, 2013 _____
**The Honorable Terry J. Hatter, Jr.
United States District Court
Central District of California**